**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 22-81310-CIV-CANNON**

**GERARDO MALDONADO JR.**,

     Plaintiff,

v.

**GEORGE C. ZOLEY**, **et al.**,

     Defendants.

_____/

## ORDER REQUIRING COMBINED RESPONSES

**THIS CAUSE** comes before the Court upon a sua sponte review of the record.  To better manage the orderly progress of the case, it is hereby **ORDERED** that no Defendant shall file a response or answer until all Defendants in this action have been served.  After all Defendants have been served, Defendants shall submit a single combined response or separate answers within the time allowed for the last-served Defendant to respond.  **All filings in this case must be prepared using 12-point Times New Roman font that is double-spaced and fully justified.**

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 26th day of August 2022.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record