**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 22-81310-CIV-CANNON**

**GERARDO MALDONADO JR.**,

      Plaintiff,

v.

**GEORGE C. ZOLEY**, **et al.**,

      Defendants.

_____/

## <u>ORDER DISMISSING COMPLAINT</u>

**THIS CAUSE** comes before the Court upon a sua sponte review of the record.  On August 24, 2022, Plaintiff Gerardo Maldonado Jr. filed the Complaint, purporting to bring two claims against a total of fourteen (14) Defendants [ECF No. 1].  Both counts in the Complaint, however, incorporate all preceding allegations [*see* ECF No. 1 ¶¶ 46, 52].  Complaints that follow this approach constitute impermissible "shotgun pleadings," *see Weiland v. Palm Beach Cnty. Sheriff's Off.*, 792 F.3d 1313, 1321 (11th Cir. 2015), and the Court has an independent obligation to dismiss such pleadings and require repleader, *see Ain Jeem, Inc. v. Individuals, Partnerships, & Unincorporated Associations Identified on Schedule A*, No. 8:21-CV-1331-VMC-AEP, 2021 WL 2941735, at *1 (M.D. Fla. July 13, 2021) (citing cases).

Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Complaint [ECF No. 1] is **DISMISSED WITHOUT PREJUDICE**.

2. Plaintiff may file an amended pleading that is consistent with this Order on or before **September 6, 2022**.  **The amended pleading must not contain any successive counts**

**that incorporate all prior allegations**.  In other words, Counts I and II may incorporate the same factual allegations (paragraphs 1 through 45), but Count II must not broadly incorporate the allegations of Count I.  Further, each count must identify the particular legal basis for liability and contain specific factual allegations that support each cause of action within each count.

3.  Failure to comply with this Order may result in dismissal of the case without further notice.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 26th day of August 2022.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record

2