UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 22-81310-CIV-CANNON

**GERARDO MALDONADO JR.**,

    Plaintiff,

v.

**GEORGE C. ZOLEY**, **et al.**,

    Defendants.
    _____/

## OMNIBUS ORDER

**THIS CAUSE** comes before the Court upon the parties' (1) Joint Motion to Reassign the Case to the Honorable Rodney Smith [ECF No. 26]; and (2) Joint Motion to Stay the Action [ECF No. 32]. The Court has reviewed the Motions and the entire record. Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The parties' Joint Motion to Reassign the Case [ECF No. 26] is **DENIED**.

2. The parties' Joint Motion to Stay the Action [ECF No. 32] is **GRANTED**.

3. This action is **STAYED** pending resolution of Case No. 20-81063-CIV (S.D. Fla.) *Hartel v. The CEO Group, Inc., et al*.

4. The parties are directed to file a joint status report every sixty days following the entry of this Order to update the Court on the progression of *Hartel v. The CEO Group, Inc., et al*, or within fourteen days of the resolution of that case.

5. The Clerk shall **CLOSE** this case for administrative purposes only.

6. Any scheduled hearings are **CANCELED**, any pending motions are **DENIED AS**

CASE NO. 22-81310-CIV-CANNON

**MOOT**, and all deadlines are **TERMINATED**.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 21st day of November 2022.

                                                   **AILEEN M. CANNON**
                                                   **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record