**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 22-81310-CIV-CANNON**

**GERARDO MALDONADO JR.**,

      Plaintiff,

v.

**GEORGE C. ZOLEY**, **et al.**,

      Defendants.

_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** comes before the Court upon a sua sponte review of the record. On November 21, 2022, the Court entered an Order instructing the parties to jointly file status reports every sixty days apprising the Court of the status of *Hartel v. The CEO Group, Inc., et al*, or within fourteen days of the resolution of that case [ECF No. 33]. The parties' latest report was due on January 15, 2024, but no report has been filed, and no party has sought additional time to comply.

Accordingly, it is **ORDERED AND ADJUDGED** that, on or before **April 24, 2024**, the parties shall (1) jointly file the required joint status report in accordance with the Court's Order [ECF No. 33]; and (2) show cause, in writing, why they failed to comply with the Court's Order [ECF No. 33] by the original deadline of January 15, 2024. Failure to comply with this Order may result in sanctions including dismissal of this case without further notice.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 17th day of April 2024.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record