**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 9:22-cv-81310-AMC

GERARDO MALDONADO JR.,
Derivatively on Behalf of Nominal Defendant
THE GEO GROUP, INC.,

        Plaintiff,

v.

GEORGE C. ZOLEY, BRIAN R. EVANS,
ANNE N. FOREMAN, DUANE HELKOWSKI,
RICHARD H. GLANTON, JOSE GORDO,
SCOTT M. KERNAN, GUIDO VAN
HAUWERMEIREN, CHRISTOPHER C.
WHEELER, JULIE MYERS WOOD, J. DAVID
DONAHUE, ANN M. SCHLARB, and DAVID
VENTURELLA,

        Defendants,
   and

THE GEO GROUP, INC.,

        Nominal Defendant.

_____/

**JOINT RESPONSE TO ORDER TO SHOW CAUSE [ECF No. 40]**

Pursuant to the Court's Order to Show Cause, dated April 17, 2024 [ECF No. 40], Plaintiff

Gerardo Maldonado Jr. ("Plaintiff"), Defendants George C. Zoley, Brian R. Evans, Anne N.

Foreman, Duane Helkowski, Richard H. Glanton, Jose Gordo, Scott M. Kernan, Guido Van

Hauwermeiren, Christopher C. Wheeler, Julie Myers Wood, J. David Donahue, Ann M. Schlarb,

and David Venturella (collectively, the "Individual Defendants"), and Nominal Defendant The

GEO Group, Inc. ("GEO," and together with the Individual Defendants, "Defendants"; and with

Plaintiff, the "Parties") hereby submit this Response.

GEO is one of the nation's largest operators of correctional facilities pursuant to contracts with various federal and state government agencies. Plaintiff's Verified Stockholder Derivative Complaint [ECF No. 1] asserts a claim, purportedly on behalf of GEO against the Individual Defendants—GEO's then officers and directors, for breach of fiduciary duty. The Complaint also purports to assert a claim against Defendant Zoley for contribution for violations of Sections 10(b) and 21D of the Securities Exchange Act of 1934.

The allegations in this Action arise out of facts at issue in three earlier-filed lawsuits: (1) a federal putative securities class action lawsuit: *Hartel v. The GEO Group, Inc., et al.,* Case No. 20-81063-CIV-SMITH (S.D. Fla.) (the "Securities Action"); (2) a Florida state court stockholder derivative lawsuit: *Fang v. Zoley, et al.*, Case No. 50-2021-CA-008487 (Fla., 15th Jud'l Cir.) (the "State Court Derivative Action"); and (3) a federal stockholder derivative lawsuit: *Zhang v. Zoley, et al.*, Case No. 21-82061-CIV-SMITH (S.D. Fla.) (the "Zhang Federal Court Derivative Action").

On November 18, 2022, the Parties' filed a Joint Motion to Stay Action, which sought a stay of this Action pending the resolution of the related, already pending, Securities Action, but permitting any party to move, without prejudice, to lift the stay of this Action. *See* ECF No. 32. On November 21, 2022, the Court entered its Omnibus Order, in part granting the Joint Motion to Stay Action. *See* ECF No. 33 at ¶ 3. The Court further directed that the Parties are to file a joint status report every sixty days to update the Court on the progression of the Securities Action. *Id.* at ¶ 4. Thereafter, the Parties filed six joint status reports. *See* ECF Nos. 34, 35, 36, 37, 38, & 39. The last filed joint status report was filed on November 13, 2023 – a day before the settlement hearing in the Securities Action. *See* ECF No. 39. Thus, the next status report was due in January 2024.

In January, the Parties convened to discuss the status of the Securities Action, including the settlement administration process related thereto, the status of the other stayed derivative suits, and whether it was yet appropriate to seek to lift the stay in this Action. During that discussion, Defendants advised that settlement discussions were far along in another of the derivative lawsuits – the Zhang Federal Court Derivative Action – and that Defendants expected a forthcoming settlement of the Zhang Federal Court Derivative Action would moot this Action. Plaintiff reserved all rights to wait to review the settlement documents.

A settlement has been reached in the Zhang Federal Court Derivative Action, which received preliminary approval on April 16, 2024. *See* Zhang Federal Court Derivative Action, at ECF Nos. 43 & 46. However, the process of finalizing the settlement and ancillary documents took longer than anticipated. In the interim, regretfully, the submission of the Parties' joint status reports was neglected. The Parties sincerely apologize to the Court for this oversight. The Parties have contemporaneously filed a Joint Status Report, *see* ECF No. 41, and will resume compliance with their obligations to file additional reports as necessary consistent with the Court's Order [ECF No. 33].

The Parties agree that a stay of this Action remains appropriate while the settlement administration process in the Securities Action is being completed and until the Zhang Federal Court Derivative Action makes a final determination regarding the pending derivative settlement that will have direct implications with respect to the claims asserted in this Action. Plaintiff reserves all rights in connection with the Zhang Federal Court Derivative Action settlement.

Dated: April 24, 2024        Respectfully submitted,

**DESMOND LAW FIRM, P.C.**
601 21st Street
Suite 300
Vero Beach, FL 32960
Telephone: 772-231-9600

By:  */s/ Leo W. Desmond*
    Leo W. Desmond, Esq.
    Florida Bar No. 41920
    lwd@desmondlawfirm.com


**GLANCY PRONGAY & MURRAY LLP**
745 Fifth Avenue
New York, New York 10151
Telephone: (212) 935-7400

By:  */s/ Benjamin I. Sachs-Michaels*
    Benjamin I. Sachs-Michaels, Esq.
    *Admitted Pro Hac Vice*
    bsachsmichaels@glancylaw.com


**THE PORTNOY LAW FIRM**
1800 Century Park East
Suite 600
Los Angeles, CA 90067
Telephone: 310-692-8883

By:  /s/ *Lesley Portnoy*
    Lesley Portnoy, Esq.
    *Admitted Pro Hac Vice*
    lesley@portnoylaw.com

***Counsel for Plaintiff***

**KING & SPALDING LLP**
Southeast Financial Center
200 S. Biscayne Boulevard
Suite 4700
Miami, FL 33131
Telephone:  (305) 462-6000
Facsimile:  (305) 462-6100

By: /s/ *Brian P. Miller*
    Brian P. Miller, Esq.
    Florida Bar No. 0980633
    bmiller@kslaw.com
    Samantha J. Kavanaugh, Esq.
    Florida Bar No. 0194662
    skavanaugh@kslaw.com
    Ross E. Linzer, Esq.
    Florida Bar No. 73094
    rlinzer@kslaw.com

***Counsel for Defendant The GEO Group, Inc.***


**GUNSTER, YOAKLEY & STEWART, P. A.**
600 Brickell Avenue, 35th Floor
Miami, FL 33131
Telephone: 305-376-6000
Facsimile: 786 425-4090

By: /s/ *William K. Hill*
    William K. Hill, Esq.
    Florida Bar Number: 747180
    whill@gunster.com
    George S. LeMieux, Esq.
    Florida Bar Number: 16403
    glemieux@gunster.com
    Ernest "EJ" A. Cox IV, Esq.
    Florida Bar Number: 124652
    ecox@gunster.com

***Counsel for Individual Defendants***