**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 22-81310-CIV-CANNON**

**GERARDO MALDONADO JR.**,

      Plaintiff,

v.

**GEORGE C. ZOLEY**, **et al.**,

      Defendants.

_____/

**ORDER CLOSING CASE AND DISMISSING WITH PREJUDICE**

**THIS CAUSE** comes before the Court upon Defendant the GEO Group's Notice of Compliance [ECF No. 47] (the "Notice") with the Court's Order Requiring Notice of Dismissal to Shareholders [ECF No. 46], along with the Joint Stipulation of Dismissal [ECF No. 45]. The Court stayed this case on November 21, 2022, pending resolution of *Hartel v. The CEO Group, Inc., et al.*, Case No. 20-81063-CIV (S.D. Fla) [ECF No. 33]. In accordance with that Order, the parties filed nine status reports [ECF Nos. 34–39, 41, 43–44]. On October 21, 2024, the parties filed a Joint Stipulation of Voluntary Dismissal, noting that in *Hartel*, the court granted final approval of a settlement on November 17, 2023 [Docket entry 104 in Case No. 20-81063]. The parties also noted that in another related action—also stayed pending the *Hartel* case—a settlement was reached releasing the claims asserted in this case [ECF No. 45 p. 2 (citing *Zhang v. Zoley, et al.*, Case No. 21-92061-CIV (S.D. Fla)]. Therefore, the parties sought to dismiss this action under Rule 23.1(c) and Rule 41(a) [ECF No. 45].

On October 22, 2024, the Court entered an Order Requiring Notice of Dismissal to Shareholders [ECF No. 46]. The Court emphasized that, under Rule 23.1(c), "[n]otice of a

. . . voluntary dismissal [in a derivative action] . . . must be given to shareholders or members in the manner that the court orders" [ECF No. 46 p. 1 (quoting Fed. R. Civ. P. 23.1(c))].  The Court ordered the parties to provide notice of this dismissal to the shareholders and file proof thereof on the docket on or before December 3, 2024 [ECF No. 46 p. 2].

Upon review of the Notice and the full record, this case is **DISMISSED WITH PREJUDICE**, effective November 18, 2024, the date on which the parties complied with the Court's Order requiring notice to the shareholders [ECF Nos. 46–47].  It is hereby **ORDERED AND ADJUDGED** as follows:

The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 21st day of November 2024.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record

2